NOT FOR PUBLICATION

**FILED**

UNITED STATES COURT OF APPEALS

JUN 8 2023

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JEFFREY GRAY THOMAS, | No. 21-55655 |
| Plaintiff-Appellant, | D.C. No. 8:20-cv-00170-JAK-ADS |
| v. | |
| CALIFORNIA DEPARTMENT OF JUSTICE; XAVIER BECERRA; ROSARIO PERRY; NORMAN SOLOMON; HUGH JOHN GIBSON; BIMHF LLC; HOPE PARK LOFTS 2001-02910056 LLC; 1130 HOPE STREET INVESTMENT ASSOCIATES, LLC, a California limited liability company; DOES, 1 through 10 inclusive, | MEMORANDUM* |
| Defendants-Appellees. | |

Appeal from the United States District Court
for the Central District of California
John A. Kronstadt, District Judge, Presiding

Submitted June 7, 2023**
San Francisco, California

Before: WALLACE, O'SCANNLAIN, and SILVERMAN, Circuit Judges.

---

\* This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

\*\* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

Before: WALLACE, O'SCANNLAIN, and SILVERMAN, Circuit Judges.

Jeffrey G. Thomas appeals pro se from the district court's order dismissing his complaint with prejudice. We have jurisdiction under 28 U.S.C. § 1291. We review de novo. *See Meland v. WEBER*, 2 F.4th 838, 843 (9th Cir. 2021) (dismissal for lack of standing); *Noel v. Hall*, 341 F.3d 1148, 1154 (9th Cir. 2003) (dismissal under the *Rooker-Feldman* doctrine). We affirm.

The district court properly dismissed, under the *Rooker-Feldman* doctrine, Thomas's federal court challenge to the allegedly erroneous state court sanction judgments. A de facto appeal of a state court ruling is not cognizable in federal court. *See Bell v. City of Boise*, 709 F.3d 890, 897 (9th Cir. 2013).

The district court properly dismissed Thomas's taxpayer claims because Thomas's generalized grievances were insufficient to confer standing. *See Western Min. Council v. Watt*, 643 F.2d 618, 632 (9th Cir. 1981) (*quoting Warth v. Seldin*, 422 U.S. 490, 499 (1975)).

We decline to reconsider our order disbarring Thomas, because he has not shown that he has been restored as a member in good standing of the State Bar of California. *See In re Jeffrey Gray Thomas*, Case No. 20-80143, Docket Entry No. 13.

The motions for judicial notice (Docket Entry Nos. 62, 76, 83, 85, 88) are denied. Thomas's objections to the supplemental excerpts of record filed by the

Solomon appellees (Docket Entry No. 78) are overruled.

AFFIRMED.